FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Central DIVISION

CASE NO. 4:26-cv-29-LPR-PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 12 2026
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: **Reginald Donahue**
     ADC # **106911**

     Address: **Varner So-Called Super Max.**

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____
     ADC # _____

     Address: _____

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Harris**

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: **Dexter Payne**
     Position: **Director Of AR. Department Of Correction**
     Place of employment: **ADC**
     Address: **6814 Princeton Pike, Pine Bluff AR.**

     Name of defendant: **William Straughn**
     Position: **Chief Deputy Director Of ADC**

4

**Defendants:**
Chief Of Security, Roosevelt Barden at Varner Max.
&
Classification Officer, Floria Washington @ Varner Unit

Place of employment: AR. Department Of Correction
Address: 6814 Princeton Pike, Pine Bluff, AR.

Name of defendant: Maurice Culclager
Position: deputy warden
Place of employment: AR. Department Of Corr.
Address: Varner Unit in Grady, AR.

Name of defendant: Gaylon Lay
Position: Deputy Director
Place of employment: ADC
Address: 6814 Princeton Pike, Pine Bluff, AR

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: none

Defendants: none

5

- ☐ Court (if federal court, name the district; if state court, name the county): none
- ☐ Docket Number: none
- ☐ Name of judge to whom case was assigned: none
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) none
- ☐ Approximate date of filing lawsuit: none
- ☐ Approximate date of disposition: none

IV. Place of present confinement: Varner So Called Super Max

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes XXX No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes XXX  No ____

If not, why? Alot of My Grievances never was responded to
_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

AR. Department Of Corrections Employees Floria Washington, Maurice Culclager, James Gibson and Jared Byers; AR. Department Of Corrections Director, Dexter Payne & Chief Deputy Director, William Straughn Keeps (me) the plaintiff locked in a really Small Cell for 24 hours a day without a legitimate penological purpose and in Contravention of the Eighth and Fourteenth Amendment's of Our U.S. Constitution. These people do so Knowingly, Wilfully, Maliciously and Retaliatorily. Also, these people are psychologically and physically punishing (me) in a Cruel, Sadistic, Wanton and inhumane way, 24 hours a day, year round by Keeping ME locked in a Small Cell w/ a 300 lb. Solid and Steel door for Over 12 Years w/o adequate access to Outside Sunlight & Air, clothing, heating, rehabilitation, Religious Activity, Mental Health Support and Care; also Clean housing, and adequate food, Medical Care and protection. My Exercise of protected Speech and Litigation is the real reason why all defendants Keeps (me) locked in for So long. Defendants' actions are being Committed against me while they are Under Color of Law.

Right now Dexter Payne, Maurice Culclager, William Straughn & Gaylon Lay are subjecting plaintiff to atypical and significant hardship, deliberately, maliciously, and with intent to punish plaintiff excessively and indefinitely... for accusations w/o foundation and for for accusations produced w/o supporting Real Proof.

According to William Straughn, Flora Washington, and Gaylon Lay... The 24 hour a day cell containment plaintiff endures right now is predicated on the two dismissals referenced on pages 9 of Document #98 in case, Donahue v. Watson-USDC Case#: 2:24-cv-00155 & Document #86-1 of the same case.

Since being in Varner's Lock Down,, plaintiff has been assaulted and injured by a prison officer who on April 2-2025 closed plaintiff's hand in between a cell door's steel sliding panel and jam, w/o warning,, and maliciously and wilfully behind plaintiff advising that officer she wasn't wearing sanitary food service hand disposable gloves while giving plaintiff a lunch. And on Sept. 7-2025, plaintiff was awakened by (2) prison officers & led to punitive isolation at gun point; assaulted by officers; and stripped naked b/c an officer accused plaintiff of saying something about her vagina, which was a lie!

Plus, since plaintiff has been locked down in Varner prison... Varner's Prison Food Captain has denied plaintiff (3) meals a day, offered to other Arkansas' prisons inmates, ▇ Aundrea Culclager, Maurice Culclager, William Straughn, Gaylon Lay, Dexter Payne, Jared Byers also,, have endorsed the denials of (3) meals a day.

Right now Dexter Payne and William Straughn, Maurice Culclager and Gaylon Lay are keeping plaintiff in a cell 24 hours a day and denying him all of the Services and Accommodations that Effects rehabilitation of prisoners. Such as: Basic Education programming, Life Skills programming, Religious Affairs, Out Door Exercise allowance, Mental Health Support programming, Social Skills programming and Communication programming, the plaintiff has repetitiously begged Mr. Payne and Mr. Straughn to offer to him... He's asked Gaylon Lay and Maurice Culclager to offer to him also, but to no avail.

Right now Dexter Payne and William Straughn are denying plaintiff a pair of paints, a Coat & Winter Cap, Thermal Underwear and Shirts the other people convicted of Crimes and Sentenced to the Arkansas Department Correction are supplied, with the approval Of Mr. Payne and Mr. Straughn.

Right now Dexter Payne and William Straughn and Gaylon Lay and Maurice Culclager are doing all of the above because: while plaintiff was contained at Brickeys prison, Disciplinary Hearing Officer, J. Minor dismissed a disciplinary wrote against plaintiff by a defendant in Reginald Dunahue v. Leavy Watson, USDC Case No. 2:24-cv-155... And Minor again dismissed a disciplinary officers Coerced a Sergeant, who was fired, to write plaintiff while at Brickeys prison. Look at the Accompanying documents marked: Case: 2:24 cv 00155: Document #98-0, page 9 of 18; and Document 86-1, page 80 of 88.

Reginald Dunahue #106911
Varner Max
12/08/2025

9

William F. Straughn and Dexter Payne are masters, directors, bosses and controllers of a level, style and method of extreme and excessive containment plaintiff has been a subject of since year 2008, at Brickeys, Varner and Tucker prisons' cell divisions, called "Lock-Down" or Restrictive Housing.

Subject and Plaintiff has lodged many §1983 Suits since 2008 in the U.S. District Court Eastern District Of Arkansas all of which challenges: How Plaintiff is contained & treated by Arkansas' prison employees... And Why Plaintiff perpetually is kept contained in a cell 24 hours a day since 2008, without access to Rehabilitation.

William Straughn and Dexter Payne both have willed and been the powers of the inordinate amount of containment plaintiff has endured in a cell 24 hours a day. Recurrently Mr. Straughn and Mr. Payne have concurred, endorsed and approved of prison wardens' decisions for plaintiff to continue to abide in 24 hour a day cell containment at Brickeys, Varner and Tucker prisons due to prison employees' dislike for plaintiff's lack of fear to appropriately contest abuse by prison employees, fraud and various other illegal acts by prison employees, hidden by Dexter Payne, and accommodated by Dexter Payne and William Straughn... Most times inspired by Dexter Payne. All of the abusive and arbitrary behavior by prison employees the plaintiff endures and challenges... Mainly is confined to inmates who are contained in cells 24 hours a day. We who are in cells 24 hours a day can not efficiently fight back and deter abuse, so prison employees takes advantage of plaintiff's handicap.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want the USDC to Order all defendants to Cease & Desist Subjecting me to Cruel and Unusual Punishment and Subjecting me to due process violations; Mail Reception; Protected Speech; and freedom of Corresponding w/o Limitation Rights too; $300,000. in Compensatory damages; $300,000. for pain, mentally & physically I Suffer; Order U.S. Marshals Supervise and Guard Prisoners at EARU & Varner prisons.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 2nd day of January, 20 26.

_____

_Reginald Dunahue_
Signature(s) of plaintiff(s)

11

Reginald Punahue #106911
P.O. BOX 600
Brady, AR. 71644

ADC
VARNER
UNIT

quadient
FIRST-CLASS MAIL
IMI
$C02.72
01/05/2026 ZIP 71643
043M31236723
US POSTAGE

01/02/2026


LEGAL MAIL

USDC Clerk's Office
600 W. Capital Avenue
Little Rock, AR. 72201