**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REGINALD DUNAHUE** **PLAINTIFF**
**ADC #106911**

**v.** **No. 4:26-cv-00029-LPR-PSH**

**DEXTOR PAYNE, et al.** **DEFENDANTS**

# ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 32). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for an Order of Restraint of Defendant's Abuse (Doc. 15) and Motion for Preliminary Injunction (Doc. 22) are DENIED without prejudice.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE